UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHERYL SHOCKLEY, and
TREVOR HILLSTROM,

    Plaintiffs,

v.

CREDITBOX.COM LLC d/b/a CREDIT BOX
and FACTOR TRUST, INC.,

    Defendants.

Case No.: 2021-CV-432

---

### PLAINTIFFS CHERYL SHOCKLEY AND TREVOR HILLSTROM'S AND CREDITBOX.COM LLC'S JOINT MOTION TO AMEND COMPLAINT AND DISMISS CREDITBOX.COM LLC WITH PREJUDICE

---

Plaintiffs Cheryl Shockley and Trevor Hillstrom ("Plaintiffs"), and Defendant CreditBox.com LLC ("CreditBox"), by counsel, respectfully move to amend Plaintiffs' First Amended Complaint and to strike and dismiss Plaintiffs' claims against CreditBox in the above-captioned action (the "Action") with prejudice, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. In support of this motion, the Plaintiffs and CreditBox state:

    1.    On September 21, 2021, Plaintiffs filed a First Amended Complaint in this Action, asserting violations under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681, et seq., and the Wisconsin Privacy Statute, Wis. Stat. § 995.50. (Dkt. 6.)

2. Plaintiffs have since resolved their claims against CreditBox and, hence, seek to dismiss those claims with prejudice. Plaintiffs maintain their claims against the remaining defendant, Factor Trust, Inc.

3. Accordingly, pursuant to Rule 15(a), Plaintiffs request to amend their First Amended Complaint to strike and dismiss their claims against CreditBox with prejudice, with each party to pay their own attorneys' fees and costs. CreditBox consents to Plaintiffs' request.

4. Plaintiffs are the only two plaintiffs in the Action. Accordingly, this dismissal resolves all of the plaintiffs' claims against CreditBox, and CreditBox should be dismissed from this Action entirely.

WHEREFORE, Plaintiffs Cheryl Shockley and Trevor Hillstrom, and Defendant CreditBox respectfully request that the Court: (1) grant the Plaintiffs' and CreditBox's request to amend Plaintiffs' First Amended Complaint pursuant to Rule 15(a)(2); (2) deem all of Plaintiffs' claims against CreditBox to be stricken from the pleadings; and (3) dismiss all such claims against CreditBox with prejudice, and (4) dismiss CreditBox from this Action, with each party to pay their own attorney fees and costs.

Dated this 28th day of January, 2022.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| by: CRANDALL LAW FIRM, SC | by: GASS TUREK LLC |
| */s/ Eric Crandall* <br> Eric L. Crandall (SBN 1001833) <br> WisconsinConsumerLaw@frontier.com <br> 421 West Second Street <br> PO Box 27 <br> New Richmond, WI 54017 <br> Tel: 715-243-9996 <br> Fax: 715-246-3793 | */s/ David Turek* <br> David J. Turek (SBN 1035356) <br> turek@gassturek.com <br> Jerome C. Mohsen (SBN 1097525) <br> mohsen@gassturek.com <br> 241 N. Broadway, Suite 300 <br> Milwaukee, Wisconsin 53202 <br> Tel: 414-223-3300 <br> Fax: 414-224-6116 |
| *Attorney for Plaintiffs Cheryl Shockley and Trevor Hillstrom* | *Attorneys for CreditBox.com LLC* |